# YOCEL ALONSO

ATTORNEY AND COUNSELOR
130 INDUSTRIAL BLVD., SUITE 110
P.O. BOX 45
SUGAR LAND, TEXAS 77487
TELEPHONE: (281) 240-1492
EMAIL: YOCELAW@AOL.COM

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB - 2 2015

CHRISTOPHER A. PRINE
CLERK

January 30, 2015

*Via Certified Mail,*
*Return Receipt Requested*

Christopher A. Prine
Clerk, First Court of Appeals
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

RE:     Appellant's Payment for Filing Fee in Cause Number 01-15-00091-CV, Trial Court Case Number 2015-00749; *Nueva Generación Music Group, Inc. v. Isidro Chavez Espinoza p/k/a Espinoza Paz*

Dear Mr. Prine,

Enclosed please find the required filing fee of $195.00 to prosecute the appeal filed by Nueva Generación Music Group, Inc. on January 27, 2015. Thank you for your courtesies and cooperation in this matter. Please do not hesitate to contact me if you have any questions.

Best Regards,

Yocel Alonso

Enclosures – as noticed

cc:     *Via First Class US Mail*
Xavier V. Chavez, Esq.
25775 Oak Ridge Drive, Suite 120
The Woodlands, Texas 773810



CERTIFIED MAIL

7013 2630 0001 3986 1284

YOCEL ALONSO
130 INDUSTRIAL BLVD., SUITE 110
P.O. BOX 45
SUGAR LAND, TEXAS 77487

FORWARDING & ADDRESS
CORRECTION REQUESTED

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB - 2 2015

CHRISTOPHER A. PRINE

CLERK

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB - 2 2015

CHRISTOPHER A. PRINE
CLERK

Christopher A. Prine
Clerk, First Court of Appeals
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

77002206699